UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 FEB 27 P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

DANIEL, PEREIRA TETZNER
A#: 76-706.426
Vs
1. JOSE F. MCDONOUGH
SHERIFF OF PLYMOUTH COUNTY
MY IMMEDIATE COSTODIAN.
2. DEPARTMENT OF HOMELAND SECURITY
STEVEN J. FARQUHARSON.
District Director
[Respondent]

## APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS, UNDER 28 U.S.C. § 2241

1. I AM PRESENTLY CONFINED AT THE PLYMOUTH COUNTY CORRECTIONAL FACILITY

2. THE BASIS OF MY PETITION
- CONTINUED DETENTION IN THE CUSTODY OF THE DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT.

GROUND ONE: MY INDEFINITE DETENTION IS UNLAWFUL.
THE DEPARTMENT OF HOMELAND SECURITY (D.H.S) DOES NOT HAVE STATUTARY AUTHORITY TO DETAIN ME INDEFINITLY. THIS IS BECAUSE MY REMOVAL CAN NOT BE EFFECTUATED IN THE REASONABLY FORESEEABLE FUTURE

(A.) I WAS ARRESTED by (DHS) ON [___], [___] A FINAL ORDER OF DEPORTATION. REASON FOR MY deportation is BECAUSE OF I DONT HAVE ~~THE~~ VISA

(B) the (DHS) has SINCE RETAINED the NECCESARY TRAV Documents FOR MY DEPORTATION AND I still REMAIN IN Custody.

(C) MY FAMILY IS SUFERING WHILE I'M bring detai I'M THE SOURCE OF INCOME FOR MY FAMILY AS WELL AS MY RELATIVES.

GROUND TWO: MY INDEFINITE detention by RESPONDENT IN Violation of MY Rights to PROCEDERAL AND substantive due Process, as guarantee by the FIFTH AMENDMENT to the United State constitution.

(A.) After being in custody I have Notified (D.H.S) that I do WAKER ~~fights~~ that I will fully cooperate to speed up MY deportation.

(B) I'AM NOW AMERICAN ~~CITIENS~~ I FROM ~~BRAZIL~~ I DON HAVE PROBLEM ~~A~~ IN UNITED STATES MY MOD I HAVE PROBLEM PLEASE I NEES MY DEPORTATION

GROUND three: I am not a flight risk and I do not Present any danger to public safety or thus my detention is unlawful under 8 C.F.R. Section: 241.4-

2

the United States under a green card. I would just like to get back to my family and resume my career.

(B) I'M willing to abide with all the conditions imposed on me upon my release and also avail myself to the (D.H.S) at any day my removal is imminent

Thanking you for your time and concern the foregoing is true and correct

FEBRUARY 17-04

3