UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL PEREIRA TETZNER,            )
                                   )
            Petitioner             )
                                   )   Civil Action No.
        v.                         )   04cv10403-DPW
                                   )
JOSEPH F. MCDONOUGH, SHERIFF,      )
PLYMOUTH COUNTY, ET AL.,           )
                                   )
            Respondent             )

NOTICE OF CHANGE OF PETITIONER'S ADDRESS

Respondent[1] informs the Court that petitioner's place of custody has been changed to:

El Paso Service Processing Center
8915 Montana Street
El Paso, TX  79925

All correspondence to petitioner should therefore be directed to petitioner at that address.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     _____
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114
        (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on March 4, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114