UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL PEREIRA TETZNER,
    Petitioner

Civil Action No. 04-10403-DPW

V.

STEVEN J. FARQUHARSON, ET AL.,
    Respondents

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Allowance on April 18, 2004, of the Respondent's Motion to Dismiss, and the denial of Petition for Habeas Corpus relief under 28 U.S.C. §2241[1], it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Rebecca Greenberg
Deputy Clerk

DATED: April 20, 2004

---

[1] The electronic endorsement appears as follows on CM/ECF:

Judge Douglas P. Woodlock : electronic ORDER entered granting [2] Motion to Dismiss, the removal of the petitioner on March 25, 2004 having rendered moot his claim. (Woodlock, Douglas) (Entered: 04/18/2004)